| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Dore, Timothy W. | 2. Court or Organization Bankruptcy Court - Western Washington | 3. Date of Report 05/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 700 Stewart Street, Room 8131 Seattle, WA 98101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/23/09 | Ryan Retirement Plan and Trust (retirement plan with former law firm (Ryan, Swanson & Cleveland, PLLC)) - See Part VIII |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/2015 | Wood & Jones P.S. - DP's salary for legal services. See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dore, Timothy W.** | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Oregon State Bar | Registration fee for 28th Annual Northwest Bankruptcy Institute | $440.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | DP: Chase | Mortgage on rental property in Baggs, Wyoming | L |
| 2. | DP: Bank of America | Credit card/Line of credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | DP: Investment Real Property, Baggs, WY | E | Rent | M | W | | | | | |
| 2. | Chase (bank accounts) | A | Interest | N | T | | | | | |
| 3. | E-Trade (bank accounts) | A | Interest | M | T | | | | | |
| 4. | E-Trade (brokerage account) (H) | | | | | | | | | |
| 5. | --Cash | A | Interest | J | T | | | | | |
| 6. | Ryan Retirement Plan & Trust (H) | | | | | | | | | |
| 7. | --MainStay Large Cap Growth | | None | N | T | | | | | |
| 8. | --Schwab S&P 500 Index | | None | M | T | | | | | |
| 9. | --American Beacon Small Cap Value | | None | L | T | | | | | |
| 10. | --Columbia Acorn Z | | None | | | Sold | 02/04/15 | M | A | See Part VIII. |
| 11. | --Goldman Sachs Growth Opportunities | | None | M | T | Buy | 02/04/15 | M | | See Part VIII. |
| 12. | --Eagle Small Cap Growth | | None | L | T | | | | | |
| 13. | --American Funds EuroPacific Growth | | None | M | T | | | | | |
| 14. | --Janus Balanced S | | None | N | T | | | | | |
| 15. | DP: Vacant Land, Cody, WY (50% interest in two lots) | | None | K | W | | | | | |
| 16. | DP: Whole Life insurance - New York Life | A | Int./Div. | L | T | | | | | |
| 17. | DP: IRA - Fidelity Destiny Plan | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | | | | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DP: Bank of America (bank accounts) | A | Interest | K | T | | | | | |
| 19. DP: Chase (bank accounts) | A | Interest | J | T | | | | | |
| 20. Race Horse (Cousin Ricky) | D | Royalty | | | Sold | 06/13/15 | J | A | See Part VIII. |
| 21. Race Horse (Thanksforasking) | | None | K | W | | | | | |
| 22. California Race Tracks (deposit account) | | None | K | T | | | | | |
| 23. Loan receivable from MRP, Inc., Michael Richendifer and Raymond Poore | | None | M | T | Open | 06/26/15 | M | | See Part VIII. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II, Item 1: Agreement dated 12/23/09 (updated from March 2003). 100% vested; no longer allowed to contribute; no control other than over my own vested interest in the plan.
2) Part III, Item B.1: January 2015 - December 2015. The abbreviation "DP" throughout this report designates my non-spouse domestic partner.
3) Part VI: The liability to Chase shown on my 2014 report was paid by Westrend Holdings LLC and no longer exists.
4) Part VII, Items 10 and 11: Columbia Acorn Z was replaced in the retirement plan with Goldman Sachs Growth Opportunities. Funds in Columbia Acorn Z were automatically transferred into Goldman Sachs Growth Opportunities on February 4, 2015.
5) Part VII, Item 20: The income was purse money won in races. Sale was through a claiming race. I am not aware of the identity of the buyer.
6) Part VII, Item 23: MRP, Inc., Michael Richendifer and Raymond Poore. This is a different loan than the one shown as paid on my 2014 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 05/06/2016 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy W. Dore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544